

| | |
|---|---|
| 1 | R. Samuel Paz (Bar Number 62373) |
| | Sonia M. Mercado (Bar Number 117069) |
| 2 | **SONIA MERCADO & ASSOCIATES** |
| | Biltmore Court |
| 3 | 520 S. Grand Avenue, 7th Floor |
| | Los Angeles, California 90071-2645 |
| 4 | Telephone: (213) 955-4271 |
| 5 | Attorneys for Plaintiffs, |
| | KURT JOHN VON COLLN, KEITH GEORGE STRINGER, |
| 6 | ERIC PRATT and JEFFERY LLOYD |

1999 NOV 29 PM 12:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT JOHN VON COLLN, JR., Plaintiff, v. COUNTY OF VENTURA et al., Defendants, | CASE NO. 97-3896 LGB (CWx) consolidated with: CASE NO. 97-8352 LGB (CWx) CASE NO. 98-3051 LGB (CWx) CASE NO. 98-6092 LGB (RNBx) |
| KEITH GEORGE STRINGER, Plaintiff, v. COUNTY OF VENTURA et al., Defendants | **STIPULATION FOR AN ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTIONS IN LIMINE TO JANUARY 10, 2000 and [proposed] ORDER.** |
| ERIC PRATT, Plaintiff, v. COUNTY OF VENTURA et al., Defendants, | Current Date: December 6, 1999 Time: 9:00 a.m. CtRoom: 780 |
| JEFFERY LLOYD, Plaintiff, v. COUNTY OF VENTURA et al., Defendants, | P.T.C.: Dec. 6, 1999 Trial Date: Jan. 10, 2000 |

To the Honorable Lourdes g. Baird, United States District Judge:

Consolidated Plaintiffs and Defendants through their respective Counsel hereby stipulate that the hearing on Defendants' Motions in Limine now scheduled for December 6, 1999, at 9:00 a.m., in Courtroom 780 be continued to January 10, 2000 at 9:00 a.m.

RSP/A275/PLD/ Stip Hearing M IT.

ENTERED ON ICMS
DEC - 7 1999
CV

**GOOD CAUSE**

1. Plaintiffs and Defendants through their counsel have agreed and submitted a stipulation to continue the Pre-trial Conference from December 6, 1999 to January 10, 2000, and request the court hear the motions in limine at the Pre-trial Conference. The parties submit that good cause exists to advance the hearing and request the court to issue the order.

It Is So Stipulated.

Dated: November 29, 1999

Respectfully submitted,
SONIA MERCADO & ASSOCIATES
LAW OFFICES OF R. SAMUEL PAZ

By _____
R. Samuel Paz/Sonia Mercado

Dated: November 29, 1999

LAW OFFICES OF ALAN E. WISOTSKY

By _____
Jeffrey Held Esq.

-2-

## ORDER

**IT IS HEREBY ORDERED** that:

1. the hearing on Defendants' Motions in Limine now scheduled for December 6, 1999, at 9:00 a.m., in Courtroom 780 be continued to January 10, 2000 at 9:00 a.m., in Courtroom 780.

**IT IS SO ORDERED.**

Dated: No. 30, 1999

Honorable Lourdes G. Baird,
United States District Judge

-3-

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 520 S. Grand Avenue, 7th Floor, Los Angeles, California, 90071-2645.

On November 29, 1999, I served the foregoing document described as:

**STIPULATION FOR AN ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTIONS IN LIMINE TO JANUARY 10, 2000 and [proposed] ORDER**

on interested parties in this action by personal service of a true and correct copy thereof to:

JEFFREY HELD
**LAW OFFICES OF ALAN E. WISOTSKY**
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93030

[X]   (BY MAIL)
    [ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereof fully prepaid.
    [X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of R. Samuel Paz, Esq.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 29, 1999, at Los Angeles, California.

_____
Ralph Rios

SMM/POS/A296                                    -1-