```
 1 │ Alan E. Wisotsky (SBN 68051)
   │ Jeffrey Held (SBN 106991)
 2 │ LAW OFFICES OF ALAN E. WISOTSKY
   │ 300 Esplanade Drive, Suite 1500
 3 │ Oxnard, California  93036
   │ Tel:  (805) 278-0920
 4 │ Fax:  (805) 278-0289
   │
 5 │ Attorneys for Defendants
```



Scan
FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT JOHN VON COLLN, KEITH GEORGE STRINGER, ERIC PRATT, and JEFFREY LLOYD,<br><br>    Consolidated Plaintiffs,<br><br>    v.<br><br>COUNTY OF VENTURA; SHERIFF LARRY CARPENTER, in his official and personal capacity; SHERIFF BOB BROOKS, in his official and personal capacity; CHIEF KEN KIPP, in his official and personal capacity; DEPUTIES JOHN HAJDUCKO, JOHN HOELKER, BRIAN RICHMOND, DENNIS SMITH, CLINTON JOHNSON, EDWIN ILANO, and TODD WERRE; and DOES 1-10,<br><br>    Consolidated Defendants. | No. CV 97-3896 LGB (CWx)<br><br>consolidated w/<br>  No. CV 97-8352 LGB (CWx)<br>  No. CV 98-3051 LGB (CWx)<br>  No. CV 98-6092 LGB (CWx)<br><br>[PROPOSED] ORDER DISSOLVING CONSENT DECREE |

ENTERED ON ICMS
JUN 10 2003

The United States District Court for the Central District of California, Honorable Lourdes G. Baird, judge presiding, by this order rules that the consent decree entered on August 11, 2000, is hereby forthwith prejudicially terminated. The Court, having read and considered the defendants' notice of hearing of motion and

1

(152)

1  motion to terminate the consent decree (with appended memorandum of
2  points and authorities, supporting declarations, and exhibits
3  thereto); the plaintiffs' notice of non-opposition to the motion to
4  terminate the consent decree filed on May 14, 2003; and the
5  supplemental submission of defendants attaching the second quarter
6  2003 court monitor's report certifying compliance by the defendants
7  with the consent decree, and good cause appearing therefor, grants
8  the defendants' motion to terminate the consent decree.

9    Good cause appearing therefor, the (only) consent decree in
10 these consolidated cases, the one filed on August 11, 2000, is
11 hereby permanently dissolved in its entirety.  This order of termi-
12 nation of the consent decree is in accordance with 18 U.S.C.
13 §3626(b)(1)(A)(i), *Miller v. French*, 530 U.S. 327, 333 (2000), and
14 *Sharp v. Weston*, 233 F.3d 1166, 1170 (9th Cir. 2000).

15    The entry of this order prejudicially terminating the consent
16 decree ends all aspects of this litigation in this Court.

18 Dated: June 9, 2003

                                     LOURDES G. BAIRD
19                                       United States District Judge

STATE OF CALIFORNIA, COUNTY OF VENTURA:

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 Esplanade Drive, Suite 1500, Oxnard, California 93036.

On June 4, 2003, I served the foregoing document described as **[PROPOSED] ORDER DISSOLVING CONSENT DECREE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

R. Samuel Paz
LAW OFFICES OF R. SAMUEL PAZ
Sonia M. Mercado
SONIA MERCADO & ASSOCIATES
Biltmore Court, Seventh Floor
520 South Grand Avenue
Los Angeles, CA   90071-2645

F. Samuel Heredia
HEREDIA & ASSOCIATES
300 Esplanade Drive, Suite 1760
Oxnard, CA   93036

***Conformed courtesy copy:***

Hon. Lourdes G. Baird
Suite 770
Roybal Federal Building
255 East Temple Street
Los Angeles, CA   90012

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Oxnard, California.

I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

Executed on June 4, 2003, at Oxnard, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
KYLE ROBSON